FILED

2017 Mar-14  PM 12:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
## for the
## NORTHERN DISTRICT OF ALABAMA

ZUI7 MAR 14  A  9:57

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| **Plaintiff,** <br> *(Write your full name. No more than one plaintiff may be named in a pro se complaint)* <br> Willie Moore <br> **v.** <br> Bessemer Board of Education <br><br> **Defendant(s),** <br> *(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)* | CV-17-TMP-0398-S <br><br> Case No.: _____ <br> *(to be filled in by the Clerk's Office)* <br><br> JURY TRIAL ☑ Yes  ☐ No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff

Name _____ Willie D. Moore

Street Address _____ 1515 Dartmouth Av

City and County _____ Bessemer, Jefferson

State and Zip Code _____ Alabama 35020

Telephone Number _____ 205-218-8844

E-mail Address *(if known)* _____ G419 Daryl@Netzero.Net

☑ **Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.**

2-28-2017 _____ 
**Date**

Willie Moore _____ 
**Participant Signature**

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## II.    **Basis for Jurisdiction**

### B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | *BESSEMER BOARD OF EducATion* |
| Job or Title *(if known)* | |
| Street Address | *1621 Fifth AVENUE NORth* |
| City and County | *BESSEMER, JEFFERSON* |
| State and Zip Code | *AlAbAmA, 35020* |
| Telephone Number | *205-432-3000* |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address *(if known)* _____

## C.  Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

Name      *BESSEMER BOARD OF Education*

Street Address    *1621 FiFth AVENUE North*

City and County    *BESSEMER, JEFFERSON*

State and Zip Code    *AlAbAMA 35020*

Telephone Number    *205- 432- 3600*

## II.  Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐  Age Discrimination in Employment Act of 1967, as codified. 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐  Other federal law *(specify the federal law)*:

_____

Relevant state law *(specify, if known)*:

_____

Relevant city or county law *(specify, if known)*:

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐  Failure to hire me

☐  Termination of my employment

☐  Failure to promote me

☑  Failure to accommodate my disability

☐  Unequal terms and conditions of my employment

☑  Retaliation

☐  Other acts *(specify):* _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s):
    3-7 2001 - BUS ACCIDENT, I WAS INJURED (RETALIATION)
    11-27-2011 ⊞ ·IWAS INJURED IN FALL, RESIGNED ON 8-13-2012

C.  I believe that defendant(s) *(check one)*:

    ☑  is/are still committing these acts against me

    ☐  is/are not still committing these acts against me

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

    ☐  race _____

    ☐  color _____

    ☐  gender/sex _____

    ☐  religion _____

    ☐  national origin _____

    ☐  age *(year of birth)* _____
        *(only when asserting a claim of age discrimination)*
    ☑  disability or perceived disability *(specify disability)*_____

E.  The facts of my case are as follows. Attach additional pages if needed. ON THE
    MORNING OF 3-7-2001 I REPORTED A PROBLEM WITH
    THE bus I WAS DRIVING TO THE MECHANICS. THEY
    Told ME THEY CHECKED IT AND FOUND NOTHING. THAT
    AFTER NOON I WAS DRIVING THE SAME bus AND LOST
    both DRIVER SIDE REAR WHEELS OF THE bus (with children
    ON boARd. I WAS INJURED. SEE-BOOKLET. ON 11-27-2011
    + WAS AT BESSEMER CITY HIGH STRIPPING FLOORS
    I FELL AND INJURED MY NECK. I HAD SURGERY AND
    TRIED TO GO bACK TO WORK BUT I WAS FORCED TO RESIGNE
    ON 8-13-2012

    *(Note: As additional support for the facts of your claim, you may attach to this
    complaint a copy of your charge filed with the Equal Employment Opportunity
    Commission, or the charge filed with the relevant state or city human rights
    division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*: _____

*SEPTEMBER 12, 2016*

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter

☑ issued a Notice of Right to Sue letter, which I received on *(date)*: _____

*JAN 11, 2017*

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question:

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed

☐ less than 60 days have elapsed

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm ASKING THE COURT FOR RELIEF ON THE MENTAL AND FISCAL DAMAGES TO ME BY THE BESSEMER BOARD OF EDUCATION. I FEEL I WAS GROSSLY DISCRIMINATED AGAINST, I'm SEEKING DAMAGES OF 2 MILLION DOLLARS IN ACTUAL AND PUNITIVE DAMAGES. 1 MILLION FOR EACH CHARGE

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To:  **Willie Moore**<br>**1515 Dartmouth Avenue**<br>**Bessemer, AL 35020** | From:  **Birmingham District Office**<br>**Ridge Park Place**<br>**1130 22nd Street**<br>**Birmingham, AL 35205** |

|  | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No | EEOC Representative | Telephone No. |
|---|---|---|
| | **IRAN CRUZ,** | |
| **420-2016-03445** | **Investigator** | **(205) 212-2134** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| | |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| [ ] | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| [ ] | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| [X] | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| [ ] | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [ ] | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| [ ] | Other *(briefly state)* |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

**Deiner Franklin-Thomas,**
**District Director**

JAN 1 1 2017

*(Date Mailed)*

cc.  **BESSEMER BOARD OF EDUCATION**
c/o Dana B. Hill, Attorney
Hill, Hill, Carter, Franco, Cole & Black, P.C.
100 Corporate Parkway, Suite 325
Birmingham, AL 35242

## VI.    Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing:  _2-28-2017_

Signature of Plaintiff: _Willie Moore_

Printed Name of Plaintiff: _WILLIE MOORE_

### B.    For Attorneys

Date of Signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

August 17, 2012

Bessemer Board of Education
Attn: Shannon Sudbury
1621 5th Avenue North
Bessemer, AL 35020

Dear Mr. Sudbury:

This letter will serve as my official resignation effective August 13, 2012. Due to the job injury that I sustained on November 27, 2011 while working at Bessemer City High School, and the continued hostile working environment since my return, my physician recommended that I apply for disability because of my physical and mental impediments.

Sincerely,

Willie Moore

Willie Moore

# DEPARTMENT OF HUMAN RESOURCES
## Bessemer City Schools
P. O. Box 1230
1621 Fifth Avenue North
Bessemer, AL 35020
(205) 432-3000

**Educate • Enlighten • Empower**                    **Shannon W. Sudbury, Director**

August 22, 2012

Mr. Willie Moore
1515 Dartmouth Avenue
Bessemer, AL 35020

Dear Mr. Moore:

Please be advised that on August 21, 2012, the Bessemer Board of Education voted to accept your resignation as 12-month Custodian at Bessemer City High School, effective August 13, 2012.

If there are further questions, please contact me at 432-3000.

Sincerely,

Shannon W. Sudbury
Human Resource Director

cc:   Reginald Mitchell, Director of Maintenance & Facilities
Jaspconia Florence-Moore, Principal of Bessemer City High School
Personnel File



l

M. Elizabeth Lachman, M.D.
9346 Hwy 431, Albertville, AL 35951
(256) 894-4669 OFFICE
(256) 894-4671 FAX

# Patient Name:  Willie Darryl Moore:  Chart Number:  YH 2582
1515 Dartmorth Avenue, Bessemer, AL 35020

## SSN: ████ 1330

## D.O.B.: ████████

Today's Date:  February 7ᵗʰ 2015

CONFIDENTIAL AND PRIVILEGED
For Professional Use Only
NOT FOR PUBLICATION
NOT FOR USE AGAINST PATIENT
INTEREST

Comprehensive psychiatric evaluation: Patient has been seen, evaluated, and mental, physical, emotional, and social concerns reviewed for the purposes of a current and comprehensive evaluation and opinion.

Reason for visit:  <u>Follow-up appointment.</u>   The patient has been struggling on one hand with getting back to what he feels to be his baseline functioning.  But he really is talking about his prior baseline functioning.  The patient continues with severe symptoms from the traumatic bus accident in 2001 that he experienced in the school bus accident.  The patient continues with flashbacks and intrusive thoughts about this, the kids on the bus and what he had to do to save them from death.  The patient did not received medical attention at the time, but was put on another bus.  He was not evaluated mentally or physically.  He was not drug tested (although there was no drug testing involved).  The mechanic did not get a drug test as far as the patient knows.  The patient was crushed mentally, even more, when he applied for a supervisor's job, and the mechanic was given the supervisor's job.  The patient knew that this mechanic had been negligent, and was not comfortable working under him.  Later, after the investigation, the mechanic  was found to be negligent.  The patient could not manage these enormous stressors on his own and started  coming to me for psychiatric help.  Then in November 2011 the patient fell while stripping the floors and injured his neck.  He had surgery.  He was off work for 6 months.  He took the back to work form where he was supposed to do light duty.  He took it to the principal at Bessemer High and she told him that she had no use for him and he could go home.  He could not safely work for Bessemer anymore.  He went home as she told him.  Then he reported what she told him to the HR director.  After a meeting between HR, patient, superintendent, and the principal re what the patient could and could not do because of the injury.  When the patient returned to work the second time, the principal did not follow his medical orders and directed him to work at duties that he should not have been doing and reinjured his neck.  Psychologically, the patient continued to deteriorate and I recommended that he not work as he was clearly disabled.  He had lots of negative thinking and was unsafe in the workplace.  He got his disability benefits and has been struggling to get back to any prior baseline functioning.  This is likely not going to happen and I am discussing this with the patient.  Mr. Moore's mental impairment leads to further worsening of his physical impairments.  The patient misses work and had some passive and occasionally active suicidal thoughts.

Mr. Willie Darryl Moore is a 53 year old MCM with a history of Severe depression and anxiety, including Post Traumatic Stress Disorder, stemming from traumatic experiences when he worked for the Bessemer Board of Education at Bessemer City High School, who is currently under my care and has been for over a decade. Mr. Willie Darryl Moore further suffers with physical impairments, eg,

2

severe chronic pain, which is amplified significantly by his mental impairments.  [Kaplan and Sadock, Concise Textbook of Clinical Psychiatry, Third Edition, 2008, Lippincott Williams and Wilkins, USA; pp 641, 1077, 1494].

Mr. Willie Darryl Moore is treated with psychopharmacology as well as individual psychotherapy and is seen in follow up every one to two months.  Mr. Willie Darryl Moore is known by me to be compliant with his treatment regimen and follow up appointments.

Mr. Willie Darryl Moore's affect, the conscious component of a monitoring system that signals whether an individual is on track toward a personal goal, whether he is obstructed, frustrated, or prevented from achieving any goal, or whether he has already attained it, is evaluated on an ongoing basis.  Whatever the goal, its remoteness, proximity, loss, repudiation, attainment, or inaccessibility are all accompanied by self monitoring affect.  The patient's mood, an inner state that persists for some time, with a disposition to exhibit a particular emotion or affect, is also taken into account.  A mood of depression may not prevent an individual from deriving momentary diversion from a joke; however the expression of gloom, sadness, or desolation returns and prevails.  Affects and mood are inferred from Mr. Willie Darryl Moore's demeanor and spontaneous conversation.  Moreover, in the case of Mr. Willie Darryl Moore, the level of complexity of his illness is such that a sufficiently meaningful understanding of this patient's mental status and prognosis could be attained only with more than a one-shot evaluation.  All of this is taken into account for my comprehensive evaluations including this update today.

Mr. Willie Darryl Moore has been high functioning in the past and has an on-going hope that he would one day return to as close as possible to his prior baseline function as possible.  His coping mechanisms were sufficient, but not necessarily healthy enough, to help him manage his day to day stressors.  At this time, Mr. Willie Darryl Moore continues to be unsafe in the occupational setting in any capacity.

Objective Rating Scales for Depression reveal:

1.  Zung:  Self-Rating (<34)  95 - 65
2.  Raskin:  (3 nl:  range 3 - 13)  7 - 12:  Clinician rated:  Measures severity:  reported and observed:  5-point scale of three dimensions:  verbal, displayed behavior, and secondary symptoms
3.  Hamilton:  (HAM-D):  This patient has been consistently in the range of 60 to 70

To complicate his symptoms more, Mr. Willie Darryl Moore, impaired because of his mental and emotional issues, which led to worsening physical symptoms, might have been avoided if the patient did not have further insults to his self esteem and self worth.  His value seemed to be meaningless to his employers to whom he dedicated his energy, time and effort before and after he was injured both times.  No accommodations were made to help this patient heal from these injuries he suffered while serving his employers.  The patient's coping mechanisms deteriorated with these factors to where he is struggling to maintain his stability in the community.  These have led to clinically significant distress and impairment in personal, social, occupational and other important areas of function.

Physician's Orders:

1.  See Rx

Therapeutic Justification for medication changes (if any):   Maintain stability in community

Treatment Plan/ Discussion / Opinion:   Continue psychiatric regimen.

MSE: +/-labile  +/- Anxious +/-Depressed+/-AVH +/-Delusional  +/-Paranoid  +/-Self contemptuous+/-Despairing+/-Despondent -SI
GAF:   44%

Processed coping strategies and reviewed meds and treatment.

**The patient was advised, educated, and counseled about diagnosis, pathophysiology of diagnosis, differential diagnosis, importance of compliance with medications and potential side effects.  Continue medication management and psychotherapy on an expressive-supportive continuum, comprising interpretation, confrontation, clarification and encouragement to elaborate, empathic validation, advise, praise and affirmation; counseling, ventilation, insight-orientation, education, supportive interaction, importance of medication compliance.   Follow up with Dr. Lachman in about one to three months or less if problems arise.  The patient is advised to contact the clinic or their nearest ER if any problems arise with medications or they have deterioration in symptoms.  The patient contracted to do so.**

*M. Elizabeth Lachman, M.D.*                                  02 07 2015
**M. Elizabeth Lachman, M.D.**                              **Date**

Victory - Costra Marake
SOCIAL SECURITY ADMINISTRATION
5475 ACADEMY WAY
BESSEMER ALABAMA 35020

## Social Security Administration
## **Retirement, Survivors and Disability Insurance**
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date:  November 13, 2012
Claim Number:  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HA

WILLIE D MOORE
1515 DARTHMOUTH AVE
BESSEMER, AL 35020-6562

You are entitled to monthly disability benefits beginning February 2013.

### What We Will Pay And When

- You will receive $▓▓▓▓ for February 2013 around March 20, 2013.

- After that you will receive $▓▓▓▓ on or about the third Wednesday of each month.

- These and any future payments will go to the financial institution you selected.  Please let us know if you change your mailing address, so we can send you letters directly.

- The day of the month you receive your payments depends on your date of birth.

### Other Social Security Benefits

The benefit described in this letter is the only one you can receive from Social Security.  If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

### Your Responsibilities

You are due disability benefits because you are expected to be disabled under our rules for at least 5 full calendar months.  Therefore, you should let us know if your health improves or you are able to return to work.

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits.  For this reason, it is important that you report changes to us right away.

Enclosure(s):
Pub 05-10153

C                              See Next Page

**U.S. Department of Justice**

Civil Rights Division

WCD:dc
170-1-0
566633

*Employment Litigation Section - PHB*
*950 Pennsylvania Ave, NW*
*Washington DC 20530*
*www.usdoj.gov/crt/emp*

Willie Moore
1515 Dartmouth Avenue
Bessemer, AL  35020

**AUG 1 8 2016**

Dear Mr. Moore:

We are writing this letter in response to your October 25, 2015 correspondence. The Employment Litigation Section is one of the federal agencies that enforces laws barring discrimination in employment based on military obligation, race, color, national origin, religion, sex, or retaliation for making a complaint of employment discrimination. We are returning to you the materials you included with your correspondence in case you may have further need of them.

However, the Employment Litigation Section does not take or process individual complaints.

- If you want to file a complaint of employment discrimination based on your race, color, national origin, religion, sex, or retaliation for making such a complaint, you MUST file it with the EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC). You should contact the EEOC directly. You can find your local office of the EEOC by calling 1-800-669-4000 or at **www.eeoc.gov**.

- If you want to file a complaint of employment discrimination based on your military service, your employer's failure to reemploy you after your military service, or retaliation for making such a complaint, you should contact the DEPARTMENT OF LABOR (DOL). You should contact DOL directly. You can find your local office of DOL by calling 1-866-487-2365 or at **www.dol.gov/vets/aboutvets/contacts/main.htm**.

There are STRICT time limits for filing complaints of employment discrimination. If you feel you have been discriminated against in employment, you should contact the correct agency AS SOON AS POSSIBLE. The attached list contains contact information for other federal agencies that may help you.

You may also wish to contact a private attorney to help you. If you cannot afford a private attorney, your local legal services association or the bar association in your state may be able to provide more information.

To learn more about the Employment Litigation Section, you can visit our website at http://www.justice.gov/crt/about/emp/.

| ISSUE | AGENCY THAT MAY BE ABLE TO HELP |
|---|---|
| Employment discrimination based on, race, color, national origin, religion, sex, age, disability, or retaliation. | Equal Employment Opportunity Commission<br>1-800-669-4000<br><br>www.eeoc.gov |
| Employment discrimination based on military service, failure to reemploy, or retaliation. | Department of Labor, Veterans= Employment Training Service<br>1-866-487-2365<br><br>www.dol.gov/vets/aboutvets/contacts/main.htm. |
| Employment discrimination by the federal government | The equal employment opportunity officer at the federal agency |
| Workers= Compensation | Department of Labor, Office of Workers= Compensation Programs<br>1-866-487-2365<br>http://www.dol.gov/dol/topic/workcomp/index.htm |
| Wages or Work Hours | Department of Labor, Employment Standards Administration, Wage and Hour Division<br>1-866-487-2365<br>http://www.dol.gov/dol/topic/wages/index.htm |
| Worker Safety | Department of Labor, Occupational Health and Safety Administration (OSHA)<br>1-866-487-2365<br>http://www.dol.gov/dol/topic/safety-health/index.htm |
| Complaints about the Equal Employment Opportunity Commission | Director, Office of Field Management Programs<br>Equal Employment Opportunity Commission<br>131 M Street, NE<br>Washington, DC 20507 |